IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA,

VS.

**JUAN PABLO LIZARAZO**,

Defendant

NO. 5:06-CR-107 (WDO)

Violation(s): Drug Related

## ORDER OF CONTINUANCE AND FOR TEMPORARY DETENTION

Upon the INITIAL APPEARANCE this day of JUAN PABLO LIZARAZO before the undersigned, said defendant was advised of the allegations set forth against him in the indictment herein and of his legal and constitutional rights. His court-appointed counsel advised the court that the defendant has a retained attorney who could not be present for today's hearing.  Accordingly, this matter is CONTINUED to

# 2:30 P. M. on November 1, 2006.

In the meantime, defendant LIZARAZO shall be TEMPORARILY DETAINED in the custody of the United States Marshal who shall return him to court for said continued hearing which shall include consideration of the issue of release from custody.

SO ORDERED AND DIRECTED, this 30th day of OCTOBER, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE